United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TROUT STREET BAR AND GRILL, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-395 |
| § | |
| WRIGHT NATIONAL FLOOD § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 6), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 15th day of February, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE